IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TRAVON DEMOND LEE                                                                                          PLAINTIFF
ADC #161003

V.                                                  4:15CV00516 BRW/PSH

DOE                                                                                                                  DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Travon Demond Lee, who is currently held at the Saline County Detention Facility, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on August 17, 2015. On September 1, 2015, the Court entered an order denying plaintiff's application for leave to proceed *in forma pauperis*, and directing him to pay the full $400.00 filing and administrative fees for this action (docket entry 6). That same order warned plaintiff that his failure to comply within 30 days would result in the recommended dismissal of his complaint. More than 30 days have passed, and plaintiff has not paid the filing and administrative fees or otherwise responded to the order. Under these circumstances,

1

the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE