## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRAVON DEMOND LEE                                                                               PLAINTIFF
ADC #161003

V.                                            4:15CV00516 BRW

DOE, *et al.*                                                                                         DEFENDANTS

### ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT:

      1.    Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

      2.    The Court certifies that an *in forma pauperis* appeal taken from the order dismissing this action is considered frivolous and not in good faith.

      DATED this 27th day of October, 2015.

                                                                         /s/ Billy Roy Wilson
                                                                     UNITED STATES DISTRICT JUDGE